OFFICE OF THE ATTORNEY GENERAL OF TEXAS
AUSTIN



GERALD C. MANN
ATTORNEY GENERAL

Honorable James E. Kilday
Director, Motor Transportation Division
Railroad Commission of Texas
Austin, Texas

Dear Sir:

Opinion No. 0-4075
Re: Can the Railroad Commission
of Texas legally compromise
the tax due under Section
15, Article 911a, R.C.S. of
Texas.

We acknowledge receipt of your request for an opinion of this Department on the question above stated.

The facts with reference to the opinion request are as follows:

The Crown Coach Company is a motor vehicle common carrier of passengers for hire engaged in interstate commerce. Its operations in Texas are wholly interstate in that it travels a route on U. S. Highway No. 71, which for two or three miles north of Texarkana is wholly within the State of Texas and then said highway goes into the City of Texarkana where the highway is one-half in Texas and one-half in Arkansas. Crown Coach Company claims that the provisions of Article 911a, Section 15, Revised Civil Statutes, 1925, are in violation of the commerce clause of the Federal Constitution. However, it is willing by way of compromise to pay one-half of the tax.

The precise question you ask us to render an opinion on is:

"Can we legally make the compromise on this matter?"

Article 3, Section 55, of the Constitution of Texas provides:

"The Legislature shall have no power to release or extinguish, or to authorize the releasing or extinguishing, in whole or in part, the indebtedness, liability or obligation of any corporation or individual, to this State . . . except delinquent taxes which have been due for a period of at least ten years."

A compromise of this tax would in effect release or extinguish the balance due if said Article 911a, Section 15, is not in violation of the Federal Constitution as applied to carriers engaged wholly in interstate commerce. If the act levying said tax is unconstitutional, the Crown Coach Company would not be obligated to pay any sum. You are, therefore, advised that you cannot legally compromise this tax claim.

APPROVED OCT 15, 1947

FIRST ASSISTANT
ATTORNEY GENERAL

RHC:N

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Richard H. Cooke
Richard H. Cooke
Assistant



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN